IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CARLTON MICHAEL GARY, : 
 : 
    Plaintiff : 
 : 
VS. :  NO. 5:07-CV-149 (WDO)
 : 
Warden HILTON HALL and Officer BELL, :  **PROCEEDINGS UNDER 42 U.S.C. §1983**
 :  **BEFORE THE U. S. MAGISTRATE JUDGE**
 : 
    Defendants : 

---

# O R D E R

 The above-named plaintiff has requested that he be allowed to proceed in the above-stated matter in forma pauperis in bringing before the court his allegations of violations of various of his rights pursuant to 42 U.S.C. §1983. Based upon the information provided by plaintiff and after consideration of the trust fund account statement from the facility wherein he is incarcerated, the undersigned finds it appropriate to permit plaintiff to proceed *in forma pauperis* in the manner hereinafter set out. Therefore, in accordance with provisions of the ***Prison Litigation Reform Act***,

 **IT IS ORDERED AND DIRECTED** that the complaint and affidavit submitted by plaintiff shall be filed and that plaintiff shall be required to pay the **$350.00** filing fee provided by law as follows:

 ☒ Plaintiff shall pay an INITIAL PARTIAL FILING FEE in the amount of <u>$13.50</u> within 30 days of the date of receipt of this order; <u>or</u>,

 ☐ Payment of the initial partial filing fee is WAIVED by the court upon a finding that plaintiff does not have the financial ability to remit a partial filing fee at this time;

 **IT IS FURTHER ORDER AND DIRECTED** that:

 ☒ There shall be **NO SERVICE** on any defendant herein until further order of the court. Failure to comply with this order shall result in the dismissal of plaintiff's complaint.

 ☐ SERVICE shall be made upon the defendant(s) as provided in a separate order this day entered.

 SO ORDERED AND DIRECTED, this 7th day of MAY, 2007.



              *Claude W. Hicks Jr.*

             CLAUDE W. HICKS, JR.
             UNITED STATES MAGISTRATE JUDGE