# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| CARLTON MICHAEL GARY, | : | |
| --- | --- | --- |
| Plaintiff | : | |
| v. | : | 5:07-CV-149 (WDO) |
| WARDEN HALL, et al., | : | |
| Defendants | : | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation to dismiss all claims against Defendant Bell, to dismiss Defendant Bell and to dismiss the due process claim. Having carefully considered the Recommendations, and Plaintiff's objections thereto, the Report and Recommendation is ADOPTED and made the order of the Court. All claims against Defendant Bell are DISMISSED, Defendant Bell is DISMISSED AS A PARTY from this case and the Due Process claim is DISMISSED.

**SO ORDERED this 19th day of July, 2007.**


S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE