IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CARLTON MICHAEL GARY,<br><br>      Plaintiff<br><br>  VS.<br><br>WARDEN HILTON HALL,<br><br>      Defendant | NO. 5:07-CV-149 (WDO)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

**O R D E R**

On November 9, 2007, the undersigned issued an ORDER providing until December 3, 2007, for plaintiff CARLTON MICHAEL GARY to respond to the defendant's motion to dismiss the above-styled case. Tab #22. On December 7, 2007, with a response still having not been filed on behalf of plaintiff Gary, the undersigned issued a RECOMMENDATION to grant the defendant's motion to dismiss as unopposed. Tab #24. On December 10, 2007, a response to the defendant's motion was docketed. Tab #25. On December 17, 2007, the clerk received a letter from Gary in which he claims that he mailed his response on December 3, 2007. Tab #26. Because the order providing Gary until December 3rd to respond was unclear as to whether the response must have been received or mailed at that date, the undersigned believes it is appropriate to **VACATE** the December 7th RECOMMENDATION and it is so **ORDERED**.

Defendant HILTON HALL will be afforded until **Friday, January 4, 2008**, in which to file a reply to the plaintiff's response if Hall wishes to do so. After receipt of defendant Hall's reply, or after January 5th, the undersigned will again consider Hall's motion to dismiss.

SO ORDERED this 18th day of DECEMBER, 2007.



                     CLAUDE W. HICKS, JR.
                     UNITED STATES MAGISTRATE JUDGE